IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RACHEL WHITE | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CAMDEN BOARD OF ED., <u>et</u> <u>al</u>. | : | NO. 12-0146 |

FILED

AUG 31 2012

MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

O R D E R

AND NOW, this 30 day of August, 2012, IT IS ORDERED that this action is **DISMISSED** pursuant to 28 U.S.C. § 1915(e).

BY THE COURT:

_____
MARY A. MCLAUGHLIN, J.